## SWAIN v. STATE.

### No. 22837.

Court of Criminal Appeals of Texas.

May 3, 1944.

Wright Stubbs, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The record is before us without bills of exception or statement of facts. There is nothing for our consideration.

The judgment of the trial court is affirmed.